Judge Hellerstein

RECEIVED
MAR 07 2008
U.S.D.C. S.D. N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION
------------------------------------------------------------X
AGOSTINO NOTARIANNI and MARIA
NOTARIANNI

                    Plaintiff(s),

    -against-

AMEC CONSTRUCTION MANAGEMENT,
INC. et al.,

                    Defendants.
------------------------------------------------------------X

21 MC 100 (AKH) (ECF)

Docket No.:
08 CV 02381

CHECK-OFF ("SHORT FORM") COMPLAINT RELATED TO THE MASTER COMPLAINT PLAINTIFF(S) DEMAND A TRIAL BY JURY

By Order of the Honorable Alvin K. Hellerstein, United States District Judge, dated June 22, 2006, ("the Order"), Master Complaints for all Plaintiffs were filed on August 18, 2006.

## NOTICE OF ADOPTION

All headings and paragraphs in the Master Complaints are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein in addition to those paragraphs specific to the individual Plaintiff(s), which are listed below. These are marked with an "X" if applicable to the instant Plaintiff(s), and specific case information is set forth, as needed, below.

Plaintiffs, AGOSTINO NOTARIANNI and MARIA NOTARIANNI, by his/her/their attorneys DOUGLAS & LONDON, P.C., complaining of Defendant(s), respectfully allege:

## I. PARTIES

### A. PLAINTIFF(S)

1.    ☒ Plaintiff, AGOSTINO NOTARIANNI (hereinafter the "Injured Plaintiff"), is an individual and a citizen of the State of New York residing at 24 North Road, Great Neck, New York 11024.

(OR)

2.    Alternatively, ☐ _____ is the _____ of Decedent _____, and brings this claim in his (her) capacity as Administrator of the Estate of _____.

3. ☒ Plaintiff, (hereinafter the "Derivative Plaintiff"), is a citizen of the State of New York residing at 24 North Road, Great Neck, New York 11024, and has the following relationship to the Injured Plaintiff:

☒ SPOUSE: at all relevant times herein, is and has been lawfully married to Plaintiff AGOSTINO NOTARIANNI, and brings this derivative action for her (his) loss due to the injuries sustained by her husband (his wife), Plaintiff AGOSTINO NOTARIANNI

☐ Parent   ☐ Child   ☐ Other: _____

4. In the period from September 11, 2001, until on or about March 15, 2002 the Injured Plaintiff worked for Schindler Elevator Corporation as a Supervisor/Mechanic at:

| ☒ The World Trade Center Site<br>Location(s) (i.e., building, quadrant, etc.) Based upon information known at this time, Plaintiff worked throughout the four quadrants;<br>From on or about September 11, 2001, until on or about March 15, 2002;<br>Approximately <u>16</u> hours per day; for<br>Approximately <u>150</u> days total.<br><br>☐ The New York City Medical Examiner's Office<br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total.<br><br>☐ The Fresh Kills Landfill<br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total. | ☐ The Barge<br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total.<br><br>**Other:*** For injured plaintiffs who worked at Non-WTC Site building or location. The Injured Plaintiff worked at the address/location, for the dates alleged, for the hours per day, for the total days, and for the employer, as specified below:<br><br>From on or about <u>September 11, 2001</u>, until <u>March 15, 2002</u>;<br>Approximately <u>16 hours</u> hours per day; for<br>Approximately <u>180</u> days total.<br>Name and Address of Non-WTC Site Building/Worksite: <u>Gate way Plaza 375 South End Avenue, New York, New York</u> |

*Continue this information on a separate sheet of paper if necessary. If more space is needed to specify "Other" locations, please annex a separate sheet of paper with the information.

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

5. Injured Plaintiff

   ☒ Was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above;

   ☒ Was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above;

   ☒ Was exposed to and inhaled or absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above;

   ☒ Other:
   Not yet determined.

6. Injured Plaintiff

   ☒ Has not made a claim to the Victim Compensation Fund. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

   ☐ Made a claim to the Victim Compensation Fund that was denied. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

   ☐ Made a claim to the Victim Compensation Fund that was subsequently withdrawn by Ground-Zero Plaintiff. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

   ☐ Made a claim to the Victim Compensation Fund that was granted. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, Ground-Zero Plaintiff has waived her/his right(s) to pursue any further legal action for the injuries identified in said claim.

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

## B. DEFENDANT(S)

The following is a list of all Defendant(s) named in the Master Complaint. If checked, all paragraphs pertaining to that Defendant are deemed pleaded herein.

| | |
|---|---|
| ☐ THE CITY OF NEW YORK ("CITY")<br>　　☐ A Notice of Claim was timely filed and served on _____ and<br>　　☐ Pursuant to General Municipal Law §50-h the CITY held a hearing on or about _____ (OR)<br>　　☐ The CITY has yet to hold a hearing as required by General Municipal Law §50-h<br>　　☐ More than thirty days have passed and the CITY has not adjusted the claim.<br>　　　　(OR)<br>　　☐ An Order to Show Cause application to:<br>　　☐ deem Plaintiff's Notice of Claim timely filed, or in the alternative to grant Plaintiffs' leave to file a late Notice of Claim *Nunc Pro Tunc* (for leave to file a late Notice of Claim *Nunc Pro Tunc* has been filed and a determination:<br>　　　　☐ is pending<br>　　　　☐ Granting petition was made on _____.<br>　　　　☐ Denying petition was made on _____. | ☒ AMEC CONSTRUCTION MANAGEMENT, INC.<br>☐ 150 BROADWAY N.Y. ASSOCS. L.P.<br>☐ 160 WATER ST. INC.<br>☐ 30 BROAD STREET ASSOCIATES, LLC.<br>☐ 7 WORLD TRADE CENTER COMPANY, L.P.<br>☐ A RUSSO WRECKING<br>☐ ABM INDUSTRIES, INC.<br>☐ ABM JANITORIAL NORTHEAST, INC.<br>☐ AMEC EARTH & ENVIRONMENTAL, INC.<br>☐ ATLANTIC HEYDT CORP.<br>☐ BECHTEL ASSOCIATES PROFESSIONAL CORPORATION<br>☐ BECHTEL CONSTRUCTION, INC.<br>☐ BECHTEL CORPORATION<br>☐ BECHTEL ENVIRONMENTAL, INC.<br>☐ BERCHTEL ENVIRONMENTAL, INC.<br>☐ BFP ONE LIBERTY PLAZA CO., LLC.<br>☐ BFP TOWER C. CO. LLC.<br>☐ BIG APPLE WRECKING & CONSTRUCTION CORP.<br>☐ BOSTON PROPERTIES<br>☒ BOVIS HOLDINGS LIMITED |
| PORT AUTHORITY OF NEW YORK AND NEW JERSEY ["PORT AUTHORITY"]<br>　　☐ A Notice of Claim was filed and served pursuant to Chapter 179, §7 of The Unconsolidated Laws of the State of New York on _____;<br>　　☐ More than sixty days have elapsed since the Notice of Claim was filed, (and)<br>　　　　☐ the Port Authority has adjusted this claim.<br>　　　　☐ the Port Authority has not adjusted this claim. | ☒ BOVIS INTERNATIONAL, INC.<br>☒ BOVIS LEND LEASE, INC.<br>☒ BOVIS LEND LEASE INTERIORS, INC.<br>☒ BOVIS LEND LEASE LMB, INC.<br>☐ BRANCH SERVICES<br>☐ BREEZE CARTING CORP.<br>☐ BREEZE NATIONAL, INC.<br>☐ BRER-FOUR TRANSPORATION CORP.<br>☐ BROOKFIELD FINANCIAL PROPERTIES, INC.<br>☐ BROWN HARRIS STEVENS,<br>☐ BURO HAPPOLD CONSULTING ENGINEERS, P.C. |
| ☐ 1 WORLD TRADE CENTER, LLC<br>☐ 1 WTC HOLDINGS, LLC<br>☐ 2 WORLD TRADE CENTER, LLC<br>☐ 2 WTC HOLDINGS, LLC<br>☐ 4 WORLD TRADE CENTER, LLC<br>☐ 4 WTC HOLDINGS, LLC<br>☐ 5 WORLD TRADE CENTER, LLC<br>☐ 5 WTC HOLDINGS, LLC | ☐ C&D FIREPROFFING & PLASTERING CORP.<br>☐ C.B. CONTRACTING CORP.<br>☐ CALEDONIAN INSURANCE COMPANY<br>☐ CANRON CONSTRUCTION CORP<br>☐ CANTOR SEINUK GROUP<br>☐ CAPITAL PROPERTIES, INC.<br>☐ CARLOS CONSTURCTION |

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

- ☐ CIVETTA-COUSINS, JV, LLC
- ☐ Clarcor Air filtration Products, Inc.
- ☐ COMPONENT ASSEMBLY SYSTEMS, INC.
- ☐ CONSOLIDATED EDISON COMMUNCIATIONS HOLDING COMPANY, INC.
- ☐ CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.
- ☐ CONSOLIDATED EDISON DEVELOPMENT, INC.
- ☐ CONSOLIDATED EDISON ENERGY, INC.
- ☐ CONSOLIDATED EDISON INC.
- ☐ CONSOLIDATED EDISON SOLUTIONS, INC.
- ☐ CONSULTING ENGINEERS, P.C.
- ☐ COOPER SQUARE REALTY, INC.
- ☐ COORDINATED METALS, INC.
- ☐ CORD CONTRACTING CO., INC.
- ☐ CRAIG TEST BORING COMPANY INC.
- ☐ CUSHMAN & WAKEFIELD, INC.
- ☐ DAKOTA DEMO-TECH
- ☐ DCM ERECTORS, INC
- ☐ DEUTSCHE BANK
- ☐ DIAMOND POINT EXCAVATING CORP
- ☐ DIEGO CONSTRCTION, INC.
- ☐ DIVERSIFIED CARTING, INC.
- ☐ DMT ENTERPRISE, INC.
- ☐ D'ONOFRIO GENERAL CONTRACTORS CORP
- ☐ EAGLE LEASING & INDUSTRIAL SUPPLY
- ☐ EAGLE ONE ROOFING CONTRACTORS INC.
- ☐ EAGLE SCAFFOLDING CO
- ☐ EJ DAVIES, INC.
- ☐ EMPIRE STATE PROPERTIES, INC.
- ☐ EN-TECH CORP
- ☐ ET ENVIRONMENTAL
- ☐ EVERGREEN RECYCLING OF CORONA
- ☐ EWELL W. FINLEY, P.C.
- ☐ EXECUTIVE MEDICAL SERVICSE, P.C.
- ☐ F&G MECHANICAL, INC.
- ☐ FLEET TRUCKING, INC.
- ☐ FRANCIS A. LEE COMPNAY, A CORPORATION
- ☐ FRANCIS MICELLI JR CONTRACTING
- ☐ FTI TRUCKING
- ☐ GILSANZ MURRAY STEFICEK, LLP
- ☐ GLO MANAGEMENT, INC.
- ☐ GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC
- ☐ GRUBB & ELLIS MANAGEMENT SERVICES, INC.

- ☐ HALLEN WELDING SERVICE, INC.
- ☐ GC CONTRACTING CORP.
- ☐ HIGH-RISE ELECTRIC, INC.
- ☐ HIGH-RISE HOISTING AND SCAFFOLDING, INC.
- ☐ J.P. MORGAN CHASE CORPORATION,
- ☐ JEMB REALTY CORP
- ☐ JP EQUIPMENT RENTAL MATERIALS, INC.
- ☐ KIBEL COMPANIES,
- ☐ LAQUILA CONSTRUCTION INC.
- ☐ LASTRADA GENERAL CONTRACTING CORP
- ☐ LEFRAK ORGANIZATION INC.
- ☐ LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEER, P.C.
- ☐ LIBERTY MUTUAL MANAGED CARE, INC.
- ☐ LOCKWOOD KESSLER & BARTLETT, INC.
- ☐ LUCIUS PITKIN, INC.
- ☐ LZA TECH-DIV OF THORTON TOMASETTI
- ☐ MANAFORT BROTHERS, INC.
- ☐ MAYORE ESTATES LLC
- ☐ MAZZOCHI WRECKING, INC.
- ☐ MEDCORE MEDICAL AND HOSPITAL SUPPLY
- ☐ MERIDIAN CONSTRRUCTION CORP.
- ☐ MILFORD MANAGEMENT CORP
- ☐ MILSTEIN PROPERTIES CORP.
- ☐ MOODY'S INIVESTORS SERVICE
- ☐ MRA ENGINEERING, P.C.
- ☐ MUESER RUTLEDGE CONSULTING ENGINEERS
- ☐ MURRAY HILL PROPERTIES
- ☐ NACIREMA INDUSTRIES INCORPORATED
- ☐ NEW YORK CRANE & EQUIPMENT CORP.
- ☐ NICHOLSON CONSTRUCTION COMPANY
- ☐ ONE WALL STREET CORPORATION
- ☐ OVE ARUP & PARTNERS, P.C.
- ☐ PETER SCALAMNDRE & SONS, INC.
- ☐ PINNACLE ENVIRONMENTAL CORP
- ☐ PLAZA CONSTRUCTION CORP.
- ☐ PLAZA CONSTRUCTION MANGEMENT CORP.
- ☐ PRO SAFETY SERVICES, LLP
- ☐ PT & L CONTRACTING CORP.
- ☐ REGIONAL SCAFFOLD & HOISTING CO, INC.

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

| Left Column | Right Column |
|---|---|
| ☐ ROBERT SILMAN ASOCIATES | ☐ TOTAL SAFETY CONSULTING L.L.C. |
| ☐ ROBERT L. GEROSA, INC. | ☐ TRAMMELL CROW COMPANY |
| ☐ ROCKROSE DEVELOPMENT CORP. | ☐ TRINITY CENTRE, LLC |
| ☐ ROYAL GM INC. | ☐ TRIO ASBESTOS REMOVAL |
| ☐ RY MANAGEMENT | ☐ TUCCI EQUIPMENT RENTAL CORP |
| ☐ SAB TRUCKING INC. | ☒ TULLY CONSTRUCTION CO., INC. |
| ☐ SAFEWAY ENVIRONMENTAL CORP | ☒ TULLY ENVIRONMENTAL INC. |
| ☐ SAKELE BROTHERS, L.L.C. | ☒ TULLY INDUSTRIES INC. |
| ☐ SEASONS INDUSTRIAL CONTRACTING | ☒ TURNER CONSTRUCTION CO. |
| ☐ SILVERITE CONTRACTORS | ☒ TURNER CONSTRUCTION COMPANY |
| ☐ SILVERSTEIN PROPERTIES | ☒ TURNER CONSTRUCTION INTERNATIONAL, LLC |
| ☐ SILVERSTEIN PROPERTIES, INC. | ☒ TURNER/PLAZA, A JOINT VENTURE |
| ☐ SILVERSTEIN WTC FACILITY MANAGER, LLC | ☐ ULTIMATE DEMOLITIONS/CS HAULING |
| ☐ SILVERSTEIN WTC, LLC | ☐ VERIZON NEW YORK INC. |
| ☐ SILVERSTEIN WTC MANAGEMENT CO., LLC | ☐ VOLLMER ASSOCIATES LLP |
| ☐ SILVERSTEIN WTC PROPERTIES, LLC | ☐ W HARRIS & SONS INC. |
| ☐ SILVERSTEIN DEVELOPMENT CORP. | ☐ WEEKS MARINE, INC. |
| ☐ SILVERSTEIN WTC PROPERTIES LLC | ☐ WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C. |
| ☐ SIMPSON GUMPERZ & HEGER INC | ☐ WFP TOWER A. CO., L.P. |
| ☐ SKIDMORE OWINGS & MERRILL LLP | ☐ WFP TOWER B. CO., L.P. |
| ☐ SURVIVAIR | ☐ WFP TOWER D. CO., L.P. |
| ☐ THE BANK OF NEW YORK | ☐ WHITNEY CONTRACTING, INC. |
| ☐ THE RELATED COMPANIES, LP | ☐ WOLKOW-BRAKER ROOFING CORP |
| ☐ TISHMAN INTERIORS CORPORATION | ☐ WORLD TRADE CENTER PROPERTIES, LLC |
| ☐ TISHMAN SPEYER PROPERTIES | ☐ YANNUZZI & SONS INC. |
| ☐ TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN | ☐ YONKERS CONTRACTING COMPANY, INC. |
| ☐ TISHMAN CONSTRUCTION CORPORATION OF NEW YORK | ☐ YORK HUNTER CONSTRUCTION, LLC |
| ☐ TOMASETTI GROUP | ☐ ZAR REALTY MANAGEMETN CORP. |
| ☐ TORETTA TRUCKING, INC. | ☐ ZECKENDORF REALTY |
|  | OTHER: _____ |

☐ Non-WTC Site Building Owner
   Name: _____
   Business/Service Address: _____
   Building/Worksite Address: _____

☐ Non-WTC Site Lessee
   Name: _____
   Business/Service Address: _____
   Building/Worksite Address: _____

☐ Non-WTC Site Building Management Agent
   Name: _____
   Business/Service Address: _____
   Building/Worksite Address: _____

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

## II. JURISDICTION

The Court's jurisdiction over the subject matter of this action is:

☒ Founded upon Federal Question Jurisdiction; specifically ☒ Air Transportation Safety & System Stabilization Act of 2001; (or) ☐ Federal Officers Jurisdiction, (or) ☐ Other (specify): _____; ☐ Contested, but the Court has already determined that it has removal jurisdiction over this action, pursuant to 28 U.S.C. §1441.

## III. CAUSES OF ACTION

Plaintiff(s) seeks damages against the above named defendants based upon the following theories of liability, and asserts each element necessary to establish such a claim under the applicable substantive law:

| | |
|---|---|
| ☒ Breach of the defendants' duties and obligations pursuant to the New York State Labor Law(s) including §§200 and 240 | ☒ Common Law Negligence, including allegations of Fraud and Misrepresentation<br><br>☒ Air Quality;<br>☒ Effectiveness of Mask Provided;<br>☐ Effectiveness of Other Safety Equipment Provided (specify: _____);<br>☒ Other (specify): <u>Not yet determined.</u> |
| ☒ Breach of the defendants' duties and obligations pursuant to the New York State Labor Law §241(6) | |
| ☐ Pursuant to New York General Municipal Law §205-a | ☐ Wrongful Death |
| ☐ Pursuant to New York General Municipal Law §205-e | ☒ Loss of Services/Loss of Consortium for Derivate Plaintiff |
| | ☐ Other: _____ |

## IV. CAUSATION, INJURY AND DAMAGE

1.   As a direct and proximate result of defendant's culpable actions in the rescue and/or recovery and/or construction, renovation, alteration, demolition and all work performed at the premises, the Injured Plaintiff sustained (including, but not limited to) the following injuries:

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

| | | | |
|---|---|---|---|
| ☐ | Cancer Injury: _____<br>Date of Onset:_____<br>Date physician first connected this injury to WTC work: _____ | ☐ | Cardiovascular Injury: _____<br>Date of Onset:_____<br>Date physician first connected this injury to WTC work: _____ |
| ☒ | Respiratory Injury: <u>Extrinsic Asthma (Environmental factor), Chronic, Rhinitis and Chronic Sinusitis, Snoring</u><br>Date of Onset: <u>March 8, 2005</u><br>Date physician first connected this injury to WTC work: <u>To be supplied at a later date.</u> | ☐ | Fear of Cancer: _____<br>Date of Onset:_____<br>Date physician first connected this injury to WTC work: _____ |
| ☐ | Digestive Injury: _____<br>Date of Onset:_____<br>Date physician first connected this injury to WTC work: _____ | ☐ | Other Injury: _____<br>Date of Onset: _____<br>Date physician first connected this injury to WTC work: _____ |

*NOTE: The foregoing is NOT an exhaustive list of injuries that may be alleged.*

2. As a direct and proximate result of the injuries identified in paragraph "1", above, the Ground-Zero Plaintiff has in the past suffered and/or will in the future suffer the following compensable damages:

| | | | |
|---|---|---|---|
| ☒ | Pain and suffering | ☒ | Expenses for medical care, treatment and rehabilitation |
| ☒ | Loss of the enjoyment of life | ☒ | Other:<br>☒ Mental Anguish<br>☒ Disability<br>☒ Medical Monitoring<br>☐ Other: _____ |
| ☒ | Loss of earnings and/or impairment of earning capacity | | |
| ☒ | Loss of retirement benefits/diminution of retirement benefits | | |

3. As a direct and proximate result of the injuries described *supra*, the derivate plaintiff(s), if any, have in the past suffered and/or will in the future suffer a loss of the love, society, companionship, services, affection, and support of the plaintiff and such other losses, injuries and damages for which compensation is legally appropriate.

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

**WHEREFORE,** Plaintiff(s) respectfully pray that the Court enter judgment in his/her/their favor and against Defendant(s) for damages, costs of suit and such other, further and different relief as may be just and appropriate.

**Plaintiff(s) demand that all issues of fact in this case be tried before a properly empanelled jury.**

Dated: New York, New York
March 7, 2008

Yours, etc.,

DOUGLAS & LONDON, P.C.

BY: _____
MICHAEL A. LONDON (ML-7510)
Attorney for Plaintiffs
111 John Street, Ste 1400
New York, New York 10038
(212) 566-7500

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

Page 9 of 9